*1822–23 Calendar*, MS p. 62. Recorded in *Book B*, MS pp. 481–83.

## HUBERT LACROIX *versus* ISAAC P. SKINNER, ISAAC LEE AND SAMUEL EGNEW

JOURNAL ENTRIES (1822–25): *Journal 3:* (1) Motion for bail or procedendo *p. 330; (2) time for filing declaration extended *p. 360; (3) motion for judgment *p. 435. *Journal 4:* (4) Procedendo MS p. 16.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration.

*1822–23 Calendar*, MS p. 68.

## HARVEY WILLIAMS *versus* GABRIEL RICHARD, RECTOR AND AGENT OF THE CORPORATION OF THE CATHOLIC, APOSTOLIC AND ROMAN CHURCH OF ST. ANNE, AND PETER J. DES-NOYERS, CHARLES RIVARD, LOUIS BEUFAIT AND ANTOINE DEQUINDRE, WARDENS AND TRUSTEES OF THE SAID COR-PORATION

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Motion for judgment for costs *p. 334; (2) discontinued *p. 387.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) precipe for certiorari; (4) writ of certiorari; (5) transcript of county court record; (6) declaration; (7) notice to enter judgment by default.

*Office Docket*, MS p. 126, c. 35. (Case 88 of 1820) Recorded in *Book B*, MS pp. 221–25.